IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RE: DISCIPLINE OF JOHN A. HAVEY
ATTORNEY PA I.D. NO. 10008
A MEMBER OF THE BAR OF THE UNITED          2:08-MC-159
STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

## ORDER OF COURT

AND NOW, this 21st day of Oct, 2011, upon consideration of the *Defendant's Petition for Reinstatement,* it is hereby Ordered that the Defendant's Petition is hereby GRANTED.

BY THE COURT:

_____, J.